FILED
CLERK, U.S. DISTRICT COURT

MAR 17 2010

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GEORGE WRIGHT,<br><br>    Petitioner,<br><br>v.<br><br>STEPHEN W. MAYBERG, et al.,<br><br>    Respondents. | Case No. EDCV 08-000274 R (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has conducted a de novo review of the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections (dkt. 22) thereto. IT IS ORDERED that:

1. The Objections are overruled because the Court finds they are based upon arguments that are patently without merit and otherwise fail to refute the findings and conclusions set forth in the R&R.

2. The R&R is approved and adopted.

3. Judgment shall be entered denying the First Amended Petition and dismissing this action with prejudice.

4. All outstanding motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: March 15, 2010

                                                MANUEL L. REAL
                                                UNITED STATES DISTRICT JUDGE