UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GEORGE WRIGHT,<br><br>    Petitioner,<br><br>    v.<br><br>STEPHEN W. MAYBERG, et al.,<br><br>    Respondents. | Case No. EDCV 08-000274 R (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the petition for a writ of habeas corpus is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation ("R&R") and the Court's accompanying Order Approving and Adopting the R&R.

Dated: March 15, 2010

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE